JS-6

# UNITED STATED DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH R. KOONTZ, | ) 2:08-cv-03450-FMC-RCx |
| Plaintiff, | ) JUDGMENT |
| v. | ) |
| STARBUCKS COFFEE INTERNATIONAL; ) MAGIC JOHNSON ENTERPRISES, | ) |
| Defendants. | ) |

This Court, having on November 12, 2008 issued an Order Granting Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint without leave to amend, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Judgment is entered in favor of Defendants Starbucks Coffee International, Inc.(erroneously sued as "Starbucks Coffee International") and Magic Johnson Enterprises and that Plaintiff Kenneth R. Koontz shall take nothing from said Defendants, and that this action is hereby dismissed.

Dated: November *20*, 2008

*Florence Marie Cooper*

FLORENCE-MARIE COOPER, JUDGE
UNITED STATES DISTRICT COURT